# IN THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

JOCELYN JONES,

       Plaintiff,

  v.

ST PAUL TRAVELERS,

       Defendant.
_____/

No. C 06-00717 SI

**PRETRIAL PREPARATION ORDER**

It is hereby **ORDERED** pursuant to F.R.C.P. and the Local Rules of this Court:

FURTHER CASE MANAGEMENT: October 27, 2006 at 2:30 p.m.
Counsel *must* file a joint case management statement seven days in advance of the conference.

DISCOVERY PLAN:  Per F.R.Civ.P and Local Rules, subject to any provisions below.

NON-EXPERT DISCOVERY CUTOFF is May 4, 2007.

DESIGNATION OF EXPERTS: 4/6/07; REBUTTAL: 5/4/07.
    Parties **SHALL** conform to Rule 26(a)(2).

EXPERT DISCOVERY CUTOFF is June 1, 2007.

DISPOSITIVE MOTIONS **SHALL** be filed by June 15, 2007;

    Opp. Due June 29, 2007;  Reply Due July 6, 2007;

   and set for hearing no later than July 20, 2007 at 9:00 AM.

PRETRIAL CONFERENCE DATE: September 11, 2007 at 3:30 PM.

JURY TRIAL DATE: September 17, 2007 at 8:30 AM.,
    Courtroom 10, 19th floor.

TRIAL LENGTH is estimated to be 8 days.

SPECIAL DISCOVERY AND PRETRIAL PROVISIONS:
Great American Assurance shall produce it's initial disclosures on or before 6/30/06 and St. Paul shall produce it's initial disclosures on or before 7/5/06.  The parties agreed to treat initial disclosures as confidential.  The parties must submit a stipulated protective order to the Court by July 7, 2006.

A cross complaint shall be filed by 7/21/06.

The pretrial conference **SHALL** be attended by trial counsel prepared to discuss all aspects of the case, including settlement.  Parties **SHALL** conform to the attached instructions.  Plaintiff is ORDERED to serve a copy of this order on any party subsequently joined in this action.

Dated: 6/27/06

                                                          SUSAN ILLSTON
                                                          United States District Judge