IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOCELYN JONES and JOHN JONES, | No. C 06-00717 SI |
| Plaintiffs, | **ORDER GRANTING PLAINTIFFS' UNOPPOSED MOTION FOR LEAVE TO SUPPLEMENT COMPLAINT** |
| v. | |
| ST. PAUL TRAVELERS, et al., | |
| Defendants. | |

Plaintiffs have filed a motion for leave to file a supplemental complaint, which is currently scheduled for oral argument on July 28, 2006. (Docket No. 29). All defendants have filed statements of non-opposition to the motion. (Docket Nos. 34, 36). Accordingly, the Court hereby GRANTS plaintiffs' motion and VACATES the July 28, 2006 hearing. Plaintiffs shall file the supplemental complaint, attached as Exhibit A to their motion, by **July 12, 2006**.

**IT IS SO ORDERED.**

Dated: July 7, 2006

SUSAN ILLSTON
United States District Judge