1   MARY P. McCURDY (SBN 116812)
    GINA M. GUILEY (SBN 226719)
2   McCURDY & FULLER LLP
    1080 Marsh Road, Suite 110
3   Menlo Park, California 94025
    Telephone: (650) 618-3500
4   Facsimile:  (650) 618-3599

5   Attorneys for Defendants
    NATIONAL UNION FIRE INSURANCE COMPANY OF
6   PITTSBURGH, PA (erroneously sued as NATIONAL UNION
    INSURANCE COMPANY); GREAT AMERICAN
7   ASSURANCE COMPANY (improperly sued herein as
    AGRICULTURAL INSURANCE COMPANY); ZURICH
8   AMERICAN INSURANCE COMPANY as successor to
    ZURICH INSURANCE COMPANY (erroneously sued as
9   ZURICH INSURANCE COMPANY and ZURICH
    AMERICAN INSURANCE COMPANY)

10

11             UNITED STATES DISTRICT COURT

12    NORTHERN DISTRICT OF CALIFORNIA - SAN FRANCISCO DIVISION

13   JOYCELYN JONES and JOHN JONES,     Case No. 3:06-cv-00717-JL

14          Plaintiffs,

15      v.

16   ST. PAUL TRAVELERS, ST. PAUL FIRE    **STIPULATION CONCERNING**
    AND MARINE INSURANCE COMPANY,    **RESPONSIVE PLEADINGS TO**
17   ZURICH INSURANCE COMPANY, ZURICH   **SUPPLEMENTAL COMPLAINT**
    AMERICAN INSURANCE COMPANY,
18   AGRICULTURAL INSURANCE COMPANY,
    NATIONAL UNION INSURANCE
19   COMPANY and DOES 1-20 inclusive

20          Defendants.

21

22      Plaintiffs JOYCELYN JONES and JOHN JONES and defendants NATIONAL UNION

23   FIRE INSURANCE COMPANY OF PITTSBURGH, PA (erroneously sued as NATIONAL

24   UNION INSURANCE COMPANY) ("National Union"); GREAT AMERICAN ASSURANCE

25   COMPANY (improperly sued herein as AGRICULTURAL INSURANCE COMPANY) ("Great

26   American"); and, ZURICH AMERICAN INSURANCE COMPANY as successor to ZURICH

27   INSURANCE COMPANY (erroneously sued as ZURICH INSURANCE COMPANY and

28   ZURICH AMERICAN INSURANCE COMPANY) ("Zurich") hereby stipulate that National

McCURDY & FULLER LLP
1080 Marsh Road, Suite 110
Menlo Park, CA 94025
(650) 618-3500

1  Union, Great American and Zurich shall have until August 10, 2006 to file a responsive pleading

2  to plaintiffs' supplemental complaint.

3  Dated: July 12, 2006                          McCURDY & FULLER LLP

4

5                                                MARY P. McCURDY
                                                 GINA M. GUILEY
6                                                Attorneys for Defendants
                                                 NATIONAL UNION FIRE INSURANCE
7                                                COMPANY OF PITTSBURGH, PA
                                                 (erroneously sued as NATIONAL UNION
8                                                INSURANCE COMPANY); GREAT
                                                 AMERICAN ASSURANCE COMPANY
9                                                (Improperly sued herein as
                                                 AGRICULTURAL INSURANCE
10                                               COMPANY); ZURICH AMERICAN
                                                 INSURANCE COMPANY as successor to
11                                               ZURICH INSURANCE COMPANY
                                                 (erroneously sued as ZURICH INSURANCE
12                                               COMPANY and ZURICH AMERICAN
                                                 INSURANCE COMPANY)
13

14 Dated: July 12, 2006                          GOLDSTEIN, GELLMAN, MELBOSTAD,
                                                 GIBSON & HARRIS LLP
15

16

17                                               LEE HARRIS
                                                 BRIAN E. SORIANO
18                                               Attorneys for Plaintiffs
                                                 JOYCELYN JONES and JOHN JONES
19

20

21       July 14, 2006

22                                               IT IS SO ORDERED

23

24                                               Judge James Larson

25

26

27

28

18056                                   - 2 -

STIPULATION CONCERNING RESPONSIVE PLEADING TO SUPPLEMENTAL COMPLAINT

McCURDY & FULLER LLP
1080 Marsh Road, Suite 110
Menlo Park, CA 94025
(650) 618-3500