```
 1  Lee S. Harris SB# 76699
    Brian E. Soriano SB# 183865
 2  GOLDSTEIN, GELLMAN, MELBOSTAD,
    GIBSON & HARRIS, LLP
 3  1388 Sutter Street, Suite 1000
    San Francisco, CA 94109-5494
 4  415/673-5600 FAX:415/673-5606

 5
    Attorneys for Plaintiffs JOYCELYN JONES
 6  and JOHN JONES

 7

 8

 9                  UNITED STATES DISTRICT COURT

10              FOR THE NORTHERN DISTRICT OF CALIFORNIA

11  JOYCELYN JONES and JOHN JONES,       Case No. 3:06-CV-00717-SI
12          Plaintiffs,
                                         STIPULATION AND ORDER OF
13      v.                               DISMISSAL AS TO ZURICH AMERICAN
                                         INSURANCE COMPANY
14  ST. PAUL TRAVELERS, ST. PAUL FIRE AND
15  MARINE INSURANCE COMPANY; ZURICH
    INSURANCE COMPANY; ZURICH
16  AMERICAN INSURANCE COMPANY,
    AGRICULTURAL INSURANCE COMPANY,
17  NATIONAL UNION INSURANCE COMPANY
    and DOES 1-20 inclusive
18

19          Defendants.

20
21      **IT IS HEREBY STIPULATED AND AGREED** by and between the parties through their

22  respective counsel of record herein, that Plaintiffs, JOYCELYN JONES and JOHN JONES' claims

23  against Defendants ZURICH INSURANCE COMPANY and ZURICH AMERICAN INSURANCE

24  COMPANY (collectively, "ZURICH"), in the above-captioned action be dismissed with prejudice

25  pursuant to FRCP 41(a)(1). Plaintiffs and ZURICH shall bear their own fees and costs with respect to

26  the claims and defenses asserted against one another.

27  //

28                                      1.
```

Dated: January 3, 2007.

GOLDSTEIN, GELLMAN, MELBOSTAD,
GIBSON & HARRIS, LLP

By: _____
LEE S. HARRIS
BRIAN E. SORIANO
Attorneys for Plaintiffs
JOYCELYN JONES and JOHN JONES

Dated: January 2, 2007.

SEDGWICK, DETERT,
MORAN & ARNOLD LLP

By: _____
MATTHEW LOVELL
BRUCE D. CELEBREZZE
Attorneys for Defendants
ZURICH INSURANCE COMPANY
ZURICH AMERICAN INSURANCE
COMPANY

Dated: January 9, 2007.

McCURDY & FULLER LLP

By: _____
MARY P. McCURDY
Attorneys for Defendants
AGRICULTURAL INSURANCE
COMPANY, NATIONAL UNION FIRE
INSURANCE COMPANY OF PITTSBURGH,
PA., ZURICH AMERICAN INSURANCE
COMPANY

2.

1378021_1.DOC:5896-00

STIPULATION AND ORDER OF DISMISSAL
3:06-CV-00717-SI

## ORDER

IT IS HEREBY ORDERED that Plaintiffs' claims against Defendants ZURICH INSURANCE COMPANY and ZURICH AMERICAN INSURANCE COMPANY (collectively, "ZURICH") are dismissed with prejudice pursuant to FRCP 41(a)(1). Plaintiffs and ZURICH shall bear their own fees and costs with respect to the claims and defenses asserted against one another.

Dated: January _____, 2007     _____

UNITED STATES DISTRICT COURT JUDGE