WESTON & McELVAIN LLP
RICHARD C. WESTON, Bar #126491
WYNN C. KANESHIRO, Bar #166683
888 West Sixth Street, 15th Floor
Los Angeles, California 90017
Telephone:  (213) 596-8000
Facsimile:   (213) 596-8039
Email: wckaneshiro@wmattorneys.com

Attorneys for Defendants and Cross-Defendants THE ST. PAUL TRAVELERS COMPANIES, INC. (erroneously sued and served as ST. PAUL TRAVELERS) and ST. PAUL FIRE AND MARINE INSURANCE COMPANY

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOYCELYN JONES and JOHN JONES, <br><br>Plaintiffs, <br><br>v. <br><br>ST. PAUL TRAVELERS, ST. PAUL FIRE AND MARINE INSURANCE COMPANY; ZURICH INSURANCE COMPANY; ZURICH AMERICAN INSURANCE COMPANY, AGRICULTURAL INSURANCE COMPANY, NATIONAL UNION INSURANCE COMPANY and DOES 1-20 inclusive <br><br>Defendants. | Case No. 3:06-CV-00717-SI <br><br>**STIPULATION RE CONTINUANCE OF MEDIATION CUT-OFF AND [PROPOSED] ORDER** |

**IT IS HEREBY STIPULATED AND AGREED** by and between the parties, through their respective counsel of record herein, that the mediation cut-off date of December 31, 2006 in the above-captioned action be continued to June 30, 2007. Good cause exists to continue the cut-off date in that the continuance will allow the parties to complete discovery and allow sufficient time to conduct the mediation.

1.

Accordingly, the parties request additional time to conduct the mediation in the above-captioned action.

IT IS SO STIPULATED.

Dated: March 9 2007.

**GOLDSTEIN, GELLMAN, MELBOSTAD, GIBSON & HARRIS, LLP**

By: /s/ 
LEE S. HARRIS
BRIAN E. SORIANO
Attorneys for Plaintiffs
JOYCELYN JONES and JOHN JONES

Dated: March ____ 2007.

**MCCURDY & FULLER LLP**

By: _____
MARY P. MCCURDY
Attorneys for Defendants
AGRICULTURAL INSURANCE COMPANY, NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA., ZURICH AMERICAN INSURANCE COMPANY

2.

Accordingly, the parties request additional time to conduct the mediation in the above-captioned action.

IT IS SO STIPULATED.

Dated: March ____ 2007.

**GOLDSTEIN, GELLMAN, MELBOSTAD, GIBSON & HARRIS, LLP**

By: _____
LEE S. HARRIS
BRIAN E. SORIANO
Attorneys for Plaintiffs
JOYCELYN JONES and JOHN JONES

Dated: March 13, 2007.

**MCCURDY & FULLER LLP**

By: _____
MARY P. MCCURDY
Attorneys for Defendants
AGRICULTURAL INSURANCE COMPANY, NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA., ZURICH AMERICAN INSURANCE COMPANY

2.

STIPULATION AND ORDER OF DISMISSAL
3:06-CV-00717-SI

Dated: March 12 2007.                    WESTON & MCELVAIN LLP

By: /s/ Wynn Kaneshiro
RICHARD C. WESTON
WYNN KANESHIRO
Attorneys for Defendants
THE ST. PAUL TRAVELERS
COMPANIES, INC. and ST. PAUL
FIRE AND MARINE INSURANCE
COMPANY

## ORDER

IT IS HEREBY ORDERED that the mediation cut-off in the above-referenced matter be continued from December 31, 2006 to ~~June 30, 2007~~.   May 31, 2007

Dated:

By: /s/ Susan Illston
Susan Illston
United States District Court

3.