**WESTON & McELVAIN LLP**
RICHARD C. WESTON, Bar #126491
WYNN C. KANESHIRO, Bar #166683
RICHARD C. REY II, Bar # 193212
888 West Sixth Street, 15th Floor
Los Angeles, California 90017
Telephone:   (213) 596-8000
Facsimile:    (213) 596-8039
Email: rweston@wmattorneys.com
       wckaneshiro@wmattorneys.com
       rrey@wmattorneys.com

Attorneys for Defendants THE ST. PAUL TRAVELERS COMPANIES, INC. (erroneously sued and served as ST. PAUL TRAVELERS) and ST. PAUL FIRE AND MARINE INSURANCE COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA - SAN FRANCISCO DIVISION

| | |
|---|---|
| JOYCELYN JONES and JOHN JONES,<br><br>　　　　　　　Plaintiffs,<br><br>　vs.<br><br>ST. PAUL TRAVELERS, ST. PAUL FIRE AND MARINE INSURANCE COMPANY, ZURICH INSURANCE COMPANY, ZURICH AMERICAN INSURANCE COMPANY, AGRICULTURAL INSURANCE COMPANY, NATIONAL UNION INSURANCE COMPANY and DOES 1 – 20 inclusive,<br><br>　　　　　　　Defendants. | CASE NO.  3:06-CV-00717-SI<br>Assigned to: Judge Susan Illston<br><br>**STIPIULATION AND [PROPOSED] ORDER EXTENDING THE DISCOVERY CUT-OFF IN ORDER TO CONDUCT THE DEPOSITION OF ANDREW DESAUTEL** |

**WHEREAS,** the Discovery Cut-Off date in the above-referenced action is June 15, 2007;

**WHEREAS,** Defendants ST. PAUL TRAVELERS COMPANIES, INC. and ST PAUL FIRE AND MARINE INSURANCE COMPANY (collectively, "Defendants") St. Paul

-1-
STIPULATION AND PROPOSED ORDER TO CONTINUE DISCOVERY CUT-OFF DATE
IN ORDER TO CONDUCT THE DEPOSITION OF ANDREW DESAUTEL

1  Travelers Companies, Inc. and St. Paul Fire and Marine Insurance Company wish to take the
2  deposition of Andrew Desautel, who a not a party to the above-referenced action;
3
4  **WHEREAS**, based on the schedules of Mr. Desautel and counsel for the respective
5  parties in the above-referenced action, the first available date to conduct Mr. Desautel's
6  deposition is on June 19, 2007;
7  **WHEREAS**, in order to avoid the costs associated with a motion to extend the
8  discovery cut-off date, Defendants and Plaintiffs JOYCELYN JONES AND JOHN JONES the
9  Discovery Cut-Off date should be extended for the sole purpose of conducting Mr. Desautel's
10
11 deposition;
12 **THEREFORE**, the parties to this stipulation, through their respective counsel, hereby
13 stipulate that the Discovery Cut-Off date may be extended until June 19, 2007 or until the date
14 that Mr. Desautel's deposition is completed.
15
16
   Dated: June 12, 2007                                    WESTON & MCELVAIN LLP
17
18                                                         By: _____
19                                                             Richard C. Rey II
                                                           Attorneys for Defendants
20                                                         THE ST. PAUL TRAVELERS
21                                                         COMPANIES, INC. (erroneously sued and
                                                           served as ST. PAUL TRAVELERS) and
22                                                         ST. PAUL FIRE AND MARINE
                                                           INSURANCE COMPANY
23
24 Dated: June 12, 2007                                    GOLDSTEIN, GELLMAN, et al.
25
26
                                                           By: _____
27                                                             Brian Soriano
                                                           Attorneys for Plaintiffs JOYCELYN
28                                                         JONES and JOHN JONES

-2-
STIPULATION AND PROPOSED ORDER TO CONTINUE DISCOVERY CUT-OFF DATE
IN ORDER TO CONDUCT THE DEPOSITION OF ANDREW DESAUTEL

## ORDER

PURSUANT TO THE ABOVE STIPULATION AND GOOD CAUSE APPEARING, THEREFORE, IT IS ORDERED that the Discovery Cut-Off date of June 15, 2007 shall be extended until June 19, 2007 or until the date Mr. Desautel's deposition is completed.

Dated: June __, 2007

_____
UNITED STATES DISTRICT COURT JUDGE

**PROOF OF SERVICE**
*Joycelyn Jones v. St. Paul Travelers, et al.*
*USDC, Northern District Case No. 3:06-CV-00717-SI*

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is 888 West Sixth Street, 15th Floor, Los Angeles, California 90017.

On June 12, 2007, I served the foregoing document described as: **STIPULATION AND [PROPOSED ORDER EXTENDING THE DISCOVERY CUT-OFF IN ORDER TO CONDUCT THE DEPOSITION OF ANDREW DESAUTEL** on all parties as indicated below:

*"SEE ATTACHED SERVICE LIST"*

[X]   by placing the true copies thereof enclosed in sealed envelopes addressed as stated above.

[X]   **BY MAIL** as follows: I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at Los Angeles, California in the ordinary course of business.

[_]   BY FACSIMILE   I sent such document from facsimile machine (213) 596-8039 on June 12, 2007. I certify that said transmission was completed and that all pages were received and that a report was generated by facsimile machine (213) 596-8039 which confirms said transmission and receipt. I, thereafter, mailed a copy to the interested party(ies) in this action by placing a true copy thereof enclosed in sealed envelope(s) addressed to the parties listed on the attached service list.

[X]   (Federal) I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on **June 12, 2007**, at Los Angeles, California

SHARON POLK

-1-
PROOF OF SERVICE

## SERVICE LIST

Brian E. Soriano, Esq.
GOLDSTEIN, GELLMAN, MELBOSTAD, GIBSON & HARRIS, LLP
1388 Sutter Street, Suite 1000
San Francisco, California 94109-5494
*Counsel for Plaintiffs Joycelyn Jones and John Jones*

Mary R. McCurdy, Esq.
MCCURDY & FULLER, LLP
1080 Marsh Road, Suite 110
Menlo Park, California 94025
Telephone: (650) 618-3500
Facsimile:  (650) 618-3599
*Counsel for Defendants Zurich American Insurance Company, a corporation (erroneously sued and served as Zurich Insurance Company and Zurich American Insurance Company); Great American Assurance Company (improperly sued herein as Agricultural Insurance Company); and National Union Fire Ins. Co. of Pittsburgh, PA (erroneously sued and served as National Union Insurance Company*