```
1  MARY P. McCURDY (SBN 116812)
   GINA M. GUILEY (SBN 226719)
2  McCURDY & FULLER LLP
   4300 Bohannon Drive, Suite 240
3  Menlo Park, California 94025
   Telephone: (650) 618-3500
4  Facsimile:  (650) 618-3599
5  Attorneys for Cross-Claimants
   GREAT AMERICAN ASSURANCE COMPANY; NATIONAL
6  UNION FIRE INSURANCE COMPANY OF PITTSBURGH,
   PA; and, ZURICH AMERICAN INSURANCE COMPANY
7
```

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA - SAN FRANCISCO DIVISION

| | |
|---|---|
| JOYCELYN JONES and JOHN JONES,<br><br>    Plaintiffs,<br><br>v.<br><br>ST. PAUL TRAVELERS, ST. PAUL FIRE AND MARINE INSURANCE COMPANY, ZURICH INSURANCE COMPANY, ZURICH AMERICAN INSURANCE COMPANY, AGRICULTURAL INSURANCE COMPANY, NATIONAL UNION INSURANCE COMPANY and DOES 1-20 inclusive<br><br>    Defendants. | Case No. 3:06-cv-00717-SI<br><br><br><br><br><br><br><br>**STIPULATION FOR DISMISSAL OF NATIONAL UNION'S, GREAT AMERICAN'S AND ZURICH'S CROSS CLAIMS AGAINST ST. PAUL** |
| NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA; ZURICH AMERICAN INSURANCE COMPANY; and GREAT AMERICAN ASSURANCE COMPANY,<br><br>    Cross-claimants,<br><br>v.<br><br>THE ST. PAUL TRAVELERS COMPANIES, INC.; and, ST. PAUL FIRE AND MARINE INSURANCE COMPANY,<br><br>    Cross-defendants. | |

///

///

- 1 -

21667

**Stipulation For Dismissal of Cross-Claims**

Cross-claimants, National Union Fire Ins. Co. of Pittsburgh, PA ("National Union"), Zurich American Insurance Company ("Zurich"), Great American Assurance Company ("Great American") and cross-defendants, The St. Paul Travelers Companies, Inc. and St. Paul Fire and Marine Insurance Company (collectively "St. Paul"), through their undersigned counsel, stipulate that National Union's, Zurich's, and Great American's cross-claims against St. Paul in this action shall be dismissed without prejudice in their entirety, with each party to bear its own costs and fees.

Dated: July 9, 2007

McCURDY & FULLER LLP

By /s/ Mary P. McCurdy

MARY P. McCURDY
GINA M. GUILEY
Attorneys for Defendants
GREAT AMERICAN ASSURANCE
COMPANY; NATIONAL UNION FIRE
INSURANCE COMPANY OF
PITTSBURGH, PA; and, ZURICH
AMERICAN INSURANCE COMPANY

Dated: July ___, 2007

WESTON & MCELVAIN LLP

By _____

RANDY MCELVAIN
RICHARD REY
Attorneys for Cross-Defendants, THE
ST.PAUL TRAVELERS COMPANIES, INC.
and ST. PAUL FIRE AND MARINE
INSURANCE COMPANY

McCURDY & FULLER LLP
4300 Bohannon Drive, Suite 240
Menlo Park, CA 94025
(650) 618-3500

21667

- 2 -

**Stipulation For Dismissal of Cross-Claims**

Cross-claimants, National Union Fire Ins. Co. of Pittsburgh, PA ("National Union"), Zurich American Insurance Company ("Zurich"), Great American Assurance Company ("Great American") and cross-defendants, The St. Paul Travelers Companies, Inc. and St. Paul Fire and Marine Insurance Company (collectively "St. Paul"), through their undersigned counsel, stipulate that National Union's, Zurich's, and Great American's cross-claims against St. Paul in this action shall be dismissed without prejudice in their entirety, with each party to bear its own costs and fees.

Dated: July ___, 2007

McCURDY & FULLER LLP

By _____
MARY P. McCURDY
GINA M. GUILEY
Attorneys for Defendants
GREAT AMERICAN ASSURANCE
COMPANY; NATIONAL UNION FIRE
INSURANCE COMPANY OF
PITTSBURGH, PA; and, ZURICH
AMERICAN INSURANCE COMPANY

Dated: July 5, 2007

WESTON & MCELVAIN LLP

By _____
RANDY MCELVAIN
RICHARD REY
Attorneys for Cross-Defendants, THE
ST. PAUL TRAVELERS COMPANIES, INC.
and ST. PAUL FIRE AND MARINE
INSURANCE COMPANY



IT IS SO ORDERED
Judge Susan Illston

- 2 -
Stipulation For Dismissal of Cross-Claims