MARY P. McCURDY (SBN 116812)
GINA M. GUILEY (SBN 226719)
McCURDY & FULLER LLP
4300 Bohannon Drive, Suite 240
Menlo Park, California 94025
Telephone: (650) 618-3500
Facsimile: (650) 618-3599

Attorneys for Defendants
GREAT AMERICAN ASSURANCE COMPANY and
NATIONAL UNION FIRE INSURANCE COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA - SAN FRANCISCO DIVISION

| | |
|---|---|
| JOYCELYN JONES and JOHN JONES,<br><br>Plaintiffs,<br><br>v.<br><br>ST. PAUL TRAVELERS, ST. PAUL FIRE AND MARINE INSURANCE COMPANY, ZURICH INSURANCE COMPANY, ZURICH AMERICAN INSURANCE COMPANY, AGRICULTURAL INSURANCE COMPANY, NATIONAL UNION INSURANCE COMPANY and DOES 1-20 inclusive<br><br>Defendants.<br><br>NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA; ZURICH AMERICAN INSURANCE COMPANY; and GREAT AMERICAN ASSURANCE COMPANY,<br><br>Cross-claimants,<br><br>v.<br><br>THE ST. PAUL TRAVELERS COMPANIES, INC.; and, ST. PAUL FIRE AND MARINE INSURANCE COMPANY,<br><br>Cross-defendants. | Case No. 3:06-cv-00717-SI<br><br>**STIPULATION FOR DISMISSAL OF COMPLAINT AGAINST NATIONAL UNION AND GREAT AMERICAN** |

///

23636

- 1 -

**Stipulation For Dismissal of Complaint Against National Union and Great American**

Plaintiffs, Joycelyn Jones and John Jones, and defendants, National Union Fire Insurance Company of Pittsburgh, PA ("National Union") and Great American Assurance Company ("Great American"), through their undersigned counsel, stipulate that Plaintiffs' complaint against National Union and Great American in this action shall be dismissed with prejudice in its entirety, with each party to bear its own costs and fees.

Dated: July 1⁹, 2007

McCURDY & FULLER LLP

By _____
MARY P. McCURDY
GINA M. GUILEY
Attorneys for Defendants
GREAT AMERICAN ASSURANCE COMPANY; NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA

Dated: July ___, 2007

GOLDSTEIN, GELLMAN, MELBOSTAD, GIBSON & HARRIS LLP

_____
LEE HARRIS
BRIAN E. SORIANO
Attorneys for Plaintiffs
JOYCELYN JONES and JOHN JONES

McCURDY & FULLER LLP
4300 Bohannon Drive, Suite 240
Menlo Park, CA 94025
(650) 618-3500

23636

- 2 -

**Stipulation For Dismissal of Complaint Against National Union and Great American**

Plaintiffs, Joycelyn Jones and John Jones, and defendants, National Union Fire Insurance Company of Pittsburgh, PA ("National Union") and Great American Assurance Company ("Great American"), through their undersigned counsel, stipulate that Plaintiffs' complaint against National Union and Great American in this action shall be dismissed with prejudice in its entirety, with each party to bear its own costs and fees.

Dated: July ___, 2007                McCURDY & FULLER LLP

By _____
MARY P. McCURDY
GINA M. GUILEY
Attorneys for Defendants
GREAT AMERICAN ASSURANCE COMPANY; NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA

Dated: July 17, 2007                GOLDSTEIN, GELLMAN, MELBOSTAD, GIBSON & HARRIS LLP

_____
LEE HARRIS
BRIAN E. SORIANO
Attorneys for Plaintiffs
JOYCELYN JONES and JOHN JONES

**IT IS SO ORDERED**
Judge Susan Illston
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

McCURDY & FULLER LLP
4300 Bohannon Drive, Suite 240
Menlo Park, CA 94025
(650) 618-3500

23636                          - 2 -

**Stipulation For Dismissal of Complaint Against National Union and Great American**