Lee S. Harris SB# 76699
Brian E. Soriano SB# 183865
GOLDSTEIN, GELLMAN, MELBOSTAD,
GIBSON & HARRIS, LLP
1388 Sutter Street, Suite 1000
San Francisco, CA 94109-5494
415/673-5600  FAX:415/673-5606

Attorneys for Plaintiffs JOYCELYN JONES
and JOHN JONES

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOYCELYN JONES and JOHN JONES,<br><br>Plaintiffs,<br><br>v.<br><br>ST. PAUL TRAVELERS, ST. PAUL FIRE AND MARINE INSURANCE COMPANY; ZURICH INSURANCE COMPANY; ZURICH AMERICAN INSURANCE COMPANY, AGRICULTURAL INSURANCE COMPANY, NATIONAL UNION INSURANCE COMPANY and DOES 1-20 inclusive<br><br>Defendants. | Case No. 3:06-CV-00717-SI<br><br>**STIPULATION AND [PROPOSED] ORDER OF DISMISSAL AS TO ST. PAUL FIRE AND MARINE INSURANCE COMPANY AND ST. PAUL TRAVELERS INC.** |

**IT IS HEREBY STIPULATED AND AGREED** by and between the parties through their respective counsel of record herein, that Plaintiffs, JOYCELYN JONES and JOHN JONES' claims against Defendants ST. PAUL FIRE AND MARINE INSURANCE COMPANY and ST. PAUL TRAVELERS COMPANIES INC., in the above-captioned action be dismissed with prejudice pursuant to FRCP 41(a)(1).

//

//

1.

Dated: Aug 8, 2007

GOLDSTEIN, GELLMAN, MELBOSTAD,
GIBSON & HARRIS, LLP

By: _____
LEE S. HARRIS
BRIAN E. SORIANO
Attorneys for Plaintiffs
JOYCELYN JONES and JOHN JONES

Dated: Sept 7, 2007

WESTON & MCELVAIN LLP

By: _____
RANDY MCELVAIN
WYNN KANESHIRO
Attorneys for Defendants
THE ST. PAUL TRAVELERS COMPANIES,
INC. and ST. PAUL FIRE AND MARINE
INSURANCE COMPANY

2.

36259B.doc:5896-00

STIPULATION AND ORDER OF DISMISSAL
3:06-CV-00717-SI

**ORDER**

IT IS HEREBY ORDERED that claims against Defendant, ST. PAUL FIRE AND MARINE INSURANCE COMPANY and ST. PAUL TRAVELERS COMPANIES INC. are dismissed with prejudice pursuant to FRCP 41(a)(1).

Dated: _____    _____

HONORABLE SUSAN ILLSTON

UNITED STATES DISTRICT COURT JUDGE